IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-71 |
| STEVEN MAZZONE, ET AL. | : | |

### FIRST AMENDED SCHEDULING ORDER

**AND NOW**, this 14th day of April 2022, upon consideration of the Government's proposed scheduling order and Defendant Daniel Malatesta's unopposed Motion to Sever (ECF No. 390), it is **ORDERED** that the Scheduling Order of January 21, 2022 (ECF No. 364), is amended as follows:

1. All pretrial motions shall be filed no later than May 16, 2022. Responses to pretrial motions shall be filed no later than June 6, 2022.

2. A hearing on pretrial motions is scheduled for June 23, 2022, at 1:00 pm in Courtroom 8A.

3. Trial for Group 1 is scheduled for July 5, 2022, at 9:30 am in Courtroom 8A. Group 1 consists of the following Defendants: Domenic Grande and Daniel Malatesta.[1]

4. Trial for Group 2 is scheduled for September 6, 2022, at 9:30 am in Courtroom 8A. Group 2 consists of the following Defendants: Steven Mazzone, Salvatore Mazzone, Joseph Malone, Louis Barretta, and Joseph Servidio.

5. Proposed voir dire questions, verdict forms, points for charge, trial memorandum, and witness lists shall be filed no later than four weeks prior to trial. For Trial Group 1, this deadline is June 7, 2022; for Trial Group 2, this deadline is August 9, 2022.

6. The Government shall make any necessary Jencks Act or *Giglio* disclosures on or before four weeks prior to the start of the respective trials, with the deadlines the same as those listed above.

7. A final pretrial conference for Trial Group 1 is scheduled for June 28, 2022, at 1:00 pm in Courtroom 8A; a final pretrial conference for Trial Group 2 is scheduled for August 30, 2022, at 1:00 pm in Courtroom 8A.

8. Defendant Daniel Malatesta's unopposed Motion to Sever (ECF No. 390) is **GRANTED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] Domenic Grande is scheduled for a Change of Plea Hearing on May 25, 2022. As such, the Court expects that Daniel Malatesta is the only Group 1 Defendant who would proceed to trial starting July 5, 2022, which is consistent with the decision to grant Malatesta's unopposed Motion to Sever.